# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 18-10714 MRW |
| Title | Carrie Tivador et al v. Dorchester Group Limited et al |
| Date | January 14, 2019 |

Present: The Honorable **Michael R. Wilner**

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER RE: DISMISSAL

Plaintiff filed a notice to dismiss this case without prejudice. (Docket # 10.) This action is dismissed without prejudice.